1 | Your Name: ZAChary Thayer
2 | Address: 5794 Spruce Ave
3 | Phone Number: 707-897-4264
4 | Fax Number:
5 | E-mail Address: ZThayer1985@Gmail.com
6 | Pro Se Plaintiff

FILED
MAR 22 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IFP
UP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZAChary Thayer
Barron OF Essex
Secertary of north Korea
    Plaintiff,

vs.

donald Trump
Lord Von ridden Trump
First of chesnien / Interim President of Russia
King of macadonia
45th US President
    Defendant.

Case Number  C23-01347 LB
               [leave blank]

**COMPLAINT**

DEMAND FOR JURY TRIAL
Yes [ ]  No [ ]

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

23 | Name: ZAChary Thayer
24 | Address: 5794 Spruce Ave Clearlake, CA
25 | Telephone: 707-897-4264

COMPLAINT
PAGE ___ OF ___   [*JDC TEMPLATE – Rev. 05/2017*]

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: mike Pence   45th VP
James michial/Mike Williamson duPont Pence
Address: _____
Telephone: _____

Defendant 2:
Name: California   GOP Chairwomen
Michigan GOP / Rhonda Mcdainials
Address: _____
Telephone: _____

Defendant 3:
Name: Mark meadows / Marcus ~~~~ nathianal icesey Pompayo   sec ofstate
Address: C.O.P 26th, Aug 10th - 28th
Telephone: _____

Defendent 4: Kim Jong Yang
Defendent 5: Varatex

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[☒] under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] 1st Admendment, 5th Admendment, 16th Admendment, "A more Perfect union", establish Justice, Form a Perfect.

[ ] under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

COMPLAINT
PAGE ___ OF ___   [*JDC TEMPLATE – Rev. 05/2017*]

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☒ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☐ at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in **Napa/Alameda** County, it should be assigned to the **Oakland** Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

① **Thayer** Boyd V USA, Burdick V USA, Nuremberg, when - we are present with request to 29.0163 CFR, 5 USC EO 10631 based on CFR code and request All President to identify, take a oath and idenify bye tort, with request to a senate pro term to the Supreme Court, Washington dc, & UN under U.N order 1 at the request to Robert Smith

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – Rev. 05/2017]

1. ___. With a request to open radio I ask the Supreme court to be able to practice against the Appellate court as a USA Solicitor General on behalf of the nuremberg trials, 9-11, Ashcroft v. Iqbal, ubert wateo boyd-thayer v. USA, burdick v. USA, USA v. navy, bye Procedure of military Court with review of the united nation's International military Court with respect to the Supreme court. Bye International Court I move against u.n order 1, 71-269, 17931 instead of drugs may it be a domestic terrorism Attack, nuclear missle, soverign state request, invasion, Presidential assignation, a un Solicitator General request, Thermite weapon request, a nazi leader re-election, A interm russian President, A king of Macadonia, 11840-0 a man ASS pussy, or a mass understanding to Procedure based on EO 13843 related to 11967, 11970, 11971, 11834, 11856 For review bye the court in Trump v. Old Post Office LLC, Trump v. Hawaii, Mapp v. Ohio, Voices of the Wetland v. USA dept of interior v. Navajo nation, Lenham Act, nexus and Ford, MELBA v. USA with deposition into John DOE v Colgate univeristy & Price christopher L v Dunn commRAL docEt AL bye state & Federal Guidelines

//
//

COMPLAINT
PAGE ___ OF ___  [JDC TEMPLATE – Rev. 05/2017]

## CLAIMS

### First Claim

(Name the law or right violated: 1st, 2nd, 5th, 16th )

(Name the defendants who violated it: donald Trump )

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

___. Pleas see compliant in mandrum reanestment

//

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – 05/17]

_____ **Claim**

(Name the law or right violated: 5th Admendment, 1st, 16th )

(Name the defendants who violated it: All )

COMPLAINT
PAGE ___ OF ___ [JDC TEMPLATE – 05/17]

# DEMAND FOR RELIEF

[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]

____. Monetary damage

# DEMAND FOR JURY TRIAL

[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]

[X] Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 3/22/2023   Sign Name: [signature]

Print Name: ZAC Thayer

COMPLAINT
PAGE ___ OF ___  [JDC TEMPLATE – 05/17]

*[Copy this page and insert it where you need additional space.]*

____._____

_____

_____

_____

_____

_____

_____

____._____

_____

_____

_____

_____

_____

____._____

_____

_____

_____

_____

_____

____._____

_____

_____

_____

_____

_____

____._____

_____

_____

COMPLAINT
PAGE ___ OF ___  *[JDC TEMPLATE – 05/17]*

To whom it may concern

Hello my name is Zach Thayer and I am here today to ask you to move against the State of California county of Napa, City of Napa, and acting non-profit agency Abode services and Napa valley housing authority with respect to direct retaliation, harassment and discrimination based on political affiliation (not republican), group affiliation based on genetical identification (family of the 38th president) through victimization including pay discrimination, employment discrimination, housing discrimination, at the request of family members of the 45th president and 45th vice president. This includes having the niece and 1st cousin as my case worker even after members of there family tried to poison me, when I requested to be transferred to another county but the agency lead refused due to the level of success rate where there was recordings with 7 confirmed county employee's stating that I needed become more co-dependent on drugs and government entitlement because of partisan ideology and present day to day management. I ask your honor that you rule and force judgement/have the county admit cause in Section 130290 - California Health and Human Services Data Exchange Framework article 3 under federal regulation Section 171.102 of Title 45 of the Code of Federal Regulations held by the entity known as the state of California a violation of BOYD v. Thayer, Burdick v. USA in Ashcroft V. USA based on executive order 13979,13966,13770,12791, 11602, 11608, 13308,13782 within the compliance view gross and blatant negligence under "EO13353 which creates the President's Board on Safeguarding Americans' Civil Liberties which I would ask the court to define as employment, general civil service employment, federal civil service employment and that of government assistance bye acting agency representative including false billing, unwilling to provide references for employment, stating that they are seeing me on a weekly basis but they are not, providing counseling and intake services but yet they have not seen me in over 6 months, using open dispatch to harass while out of town and on other job sites, using open dispatch to harass while out of town and area to cause harm, opening my mail when I am not there, failing to help with housing, asking medical agency's to refuse service, failing to maximize government employment service as a adult seeking aid, recommending a landlord to participated in helping the Jan 6th riot, paying for the Beirut bombing and taking accountability to deposition on August 10th with the previous president which is 'part of the Department of Justice for administrative purposes, " which I ask your honor to see this as harm and torture"' to 'undertake other efforts to protect the legal rights of all Americans, including civil liberties, and information privacy guaranteed by Federal law, as the President may direct . " I may ask your honor to this as a direct request bye political affiliations and members of the 45th president and his vice president under Dems v Republican.

In the view of 29.0163 CFR Gerald Ford is known as who your honor in view of the state? Based on EO 13556 – Controlled Unclassified Information (3pp | 138kb | PDF) (November 4, 2010). This Executive Order: establishes an open and uniform program for managing information (that I am his great grand son better known as the Barron of Essex) that requires safeguarding or dissemination controls pursuant to and consistent with law, regulations, and Government–wide policies, excluding information classified under EO 13526 or the Atomic Energy Act, as amended; **I ask your honor to identify in Trump v. Hawaii, MI v. EPA, Mapp v. Ohio, Trump v. California Water Resource Board, Ashcroft v. Iqual, S. F. Bay etc. Com. v. Town of Emeryville, Banks v. City of Emeryville, Muzquiz v. City of Emeryville, TRW Inc. v. Andrews, Zac Thayer v. Landmark staffing agency, Boyd v. Thayer, Uber v. Wayco** That the statue and recommendation bye the county and city is recommending gross

and blantat negligence through the "ad hoc, agency–specific policies, procedures, and markings to safeguard and control this information, such as information that involves privacy, security, proprietary business interests, and law enforcement investigations also known as material substance in **Schenck v. United States, Abrams v. United States, Debs v. United States, Frohwerk v. United States, Navy v. USA, Brown v. Board of education**

This inefficient, confusing patchwork has resulted in inconsistent marking and safeguarding of documents (I ask your honor this be seen as my bank statement, my unemployment pay, my food stamp benefits, my medical insurance and my day to day overall management in view of political affirmation and use of government services). I ask that is be seen as not "unclear or unnecessarily restrictive dissemination policies, and created impediments to authorized information sharing or defined as telehealth in **Old Post office v USA**. The fact that these agency-specific policies are often hidden from public view has only aggravated these issues "**partisan ideology, identified life circumstances, identified harm at main stream level, level of damage in circumstance issues under** Medi-Cal managed care plan under a comprehensive risk contract with the State Department of Health Care Services pursuant to Chapter 7 (commencing with Section 14000) or Chapter 8 (commencing with Section 14200) of Part 3 of Division 9 of the Welfare and Institutions Code that is not regulated by the Department of Managed Health Care or the Department of Insurance which I ask that you rule that the county and city did based on image and day to day management. I ask that this be seen

." (Sec. 1). establishes a program for managing this information, called "Controlled Unclassified Information," (CUI) that emphasizes the openness and uniformity of Government–wide practices; requires that the CUI categories and subcategories shall serve as the exclusive designations for identifying unclassified information throughout the executive branch that requires safeguarding or dissemination controls, pursuant to and consistent with applicable law, regulations, and Government–wide policies; charges the National Archives and Records Administration to implement the Order and oversee agency compliance with it; and rescinds Presidential Memorandum of May 7, 2008 ("Designation and Sharing of Controlled Unclassified Information (CUI) I call this my finances, my unemployment benefits, cash assistance, work for housing programs, insurance for secondary housing. Award amounts of insurance but unable to supposedly to manage and maintain the level of capital.

Although EO 13353 was never officially rescinded, its directive to create the President's Board on Safeguarding Americans' Civil Liberties faced strong opposition and was eventually jettisoned in favor of an independent body, the Privacy and Civil Liberties Oversight Board which your honor I am asking to be reviewed against in view of the county and city where in Sackett v. USA judge Roberts and Judge Alito request that the county and city be sued at $5million and $50,000 in that order. I ask that be awarded and identified as damages.